**Order entered October 12, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00822-CV**

**IN RE WILLIAM LISLE AND SMITH LISLE HOLDINGS, LTD., Relators**

**Original Proceeding from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-00639-2015**

**ORDER**
Before Justices Myers, Nowell, and Goldstein

Based on the Court's opinion of today's date, we **DENY** relators' petition for writ of mandamus. We **DENY** real party in interest's motion to strike as moot. We also **LIFT** the stay issued by this Court's August 24, 2022 Order.

/s/    ERIN A. NOWELL
        JUSTICE